RAGLAND MOMAND v. GEORGE M. LANDERS.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of CHARLES L. CRAIG.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of RHINELANDER AVENUE.— Referred to Chase Mellen, Esq., to take proof as to ownership and report, with his opinion thereon. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

ALEXANDER SINGER v. FIGGE & HUTWELKER COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

PROGRESSIVE CONSTRUCTION COMPANY v. REGINALD H. SAYRE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of SAMUEL S. FIELD.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

ORLANDO T. CARPENTER v. NEW YORK TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

TILLIE ADLER v. THOMASHEFSKY THEATRE COMPANY.— Motion to dispense with printing case on appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

BRITISH AMERICAN TOBACCO COMPANY v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MARTIN J. MORAN v. YALE CLUB.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of MOSES C. ABUZA.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MANHATTAN MATERNITY AND DISPENSARY, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

MARIA A. WATSON and Another, Respondents, v. FREDERICK W. SEYBEL and Another, as Executors, etc., and Others, Impleaded with WARREN C. FRENCH, Individually and as Surviving Partner, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to defendant as stated in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.